### 10786. CLEMENTS v. THE STATE.

BLOODWORTH, J. There is evidence to support the verdict. The motion for new trial contains no special grounds, and was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 4, 1919.

Indictment for uttering forged check—Judge Terrell. June 28, 1919.

*Justiss & Hay, R. A. McGraw,* for plaintiff in error.

*C. E. Roop, solicitor-general,* contra.